**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| LESAUNDRA JENKINS, | ) | No. CV 10-6889-ODW (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| VELDA DOBSON-DAVIS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: September 23, 2010

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE